567 A.2d 1039

**COVENTRY VILLAGE ASSOCIATES, Successor to Environmental Communities of Pennsylvania, Inc., Appellant,**

v.

**NORTH COVENTRY TOWNSHIP.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1989.

Decided Jan. 5, 1990.

Theodore O. Rogers, James E. McErlane, William P. Mahon, West Chester, for appellant.

Timothy F. Hennessey, Pottstown, for appellee.

Prior report: 113 Pa.Commw. 500, 537 A.2d 941.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents.